1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BJ'S RESTAURANTS, INC., a California corporation; and Does 1-10, inclusive,<br><br>　　　　Defendants. | No. 2:20-cv-01353-TLN-KJN<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:　　7/6/2020<br>Current Response Date:　9/2/2020<br>New Response Date:　　10/2/2020<br><br>Trial Date:　None Set<br>District Judge: Hon. Troy L. Nunley |

1  Upon considering the parties' Stipulation and Request to Extend Time to
2  Respond to the Complaint:
3  IT IS HEREBY ORDERED THAT the deadline for Defendant BJ's
4  Restaurants, Inc. to respond to the Complaint in this case shall be extended to
5  October 2, 2020.
6  DATED:  September 2, 2020

Troy L. Nunley
United States District Judge