1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BJ'S RESTAURANTS, INC., a California corporation; and Does 1-10, inclusive,<br><br>Defendants. | No. 2:20-cv-01353-TLN-KJN<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:         7/6/2020<br>Current Response Date:  10/2/2020<br>New Response Date:       11/1/2020<br><br>Trial Date:      None Set<br>District Judge: Hon. Troy L. Nunley |

1  Upon considering the parties' Stipulation and Request to Extend Time to
2  Respond to the Complaint:
3  IT IS HEREBY ORDERED THAT the deadline for Defendant BJ's
4  Restaurants, Inc. to respond to the Complaint in this case shall be extended to
5  November 1, 2020.

7  Dated:  October 5, 2020

8  _____
   Troy L. Nunley
   United States District Judge