UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>BJ'S RESTAURANTS, INC., a California corporation; and Does 1-10, inclusive,<br><br>            Defendants. | No. 2:20-cv-01353-TLN-KJN<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:         7/6/2020<br>Current Response Date:   11/2/2020<br>New Response Date:       12/2/2020<br><br>Trial Date:     None Set<br>District Judge: Hon. Troy L. Nunley |

Upon considering the parties' Stipulation and Request to Extend Time to Respond to the Complaint:

IT IS HEREBY ORDERED THAT the deadline for Defendant BJ's Restaurants, Inc. to respond to the Complaint in this case shall be extended to December 2, 2020.

Dated:  November 5, 2020

Troy L. Nunley
United States District Judge